IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00324-WDM-PAC

PRINCE LIONHEART, INC.,

    Plaintiff(s),

v.

HALO INNOVATIONS, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Halo Innovations, Inc.'s Motion to Amend Answer and Counterclaims Pursuant to Fed.R.Civ.P. 15(a) [filed July 19, 2006; Doc. No. 12] is **GRANTED**.  The First Amended Answer and Counterclaims attached as Exhibit A, tendered on July 19, 2006, shall be filed this date.

Dated:  July 21, 2006