IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00324-WDM-PAC

PRINCE LIONHEART, INC.,

    Plaintiff(s),

v.

HALO INNOVATIONS, INC.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify the Dates Set Forth in the Scheduling Order Dated June 5, 2006 (Doc. #32), filed January 11, 2007, is **GRANTED** as follows:

    The parties shall designate experts and comply with Fed.R.Civ.P. 26(a)(2) **on or before June 8, 2007.**

    The parties shall designate rebuttal experts and comply with Fed.R.Civ.P. 26(a)(2) **on or before June 29, 2007.**

    The fact discovery deadline is extended to **June 8, 2007**.

    The expert discovery deadline is extended to **July 16, 2007**.

    The dispositive motions deadline is extended to **August 1, 2007**.

    **The parties are advised that the Scheduling Order deadlines will not be modified again solely because the parties are engaged in settlement negotiations.**

Dated:  January 11, 2007