IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00324-WDM-PAC

PRINCE LIONHEART, INC.,

     Plaintiff(s),

v.

HALO INNOVATIONS, INC.,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Joint Motion to Modify the Dates Set Forth in the Minute Order Entered January 11, 2007 [Doc. #41; filed May 23, 2007], is **GRANTED** as follows:

     The parties shall designate experts and comply with Fed.R.Civ.P. 26(a)(2) **on or before July 13, 2007.**

     The parties shall designate rebuttal experts and comply with Fed.R.Civ.P. 26(a)(2) **on or before August 3, 2007.**

     The fact discovery deadline is extended to **July 13, 2007**.

     The expert discovery deadline is extended to **August 17, 2007**.

     The dispositive motions deadline is extended to **September 7, 2007**.

     The Pretrial Conference set for September 6, 2007 is *vacated and reset* to **October 9, 2007 at 9:30 a.m.** in Courtroom A501 of the Arraj Courthouse.  The proposed Pretrial Order is due five days in advance.

Dated:  May 24, 2007