IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff,

v.

HALO INNOVATIONS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's second motion for summary judgment and the memorandum in support thereof (doc. nos. 73 & 74) are stricken. Defendant previously filed a 19-page motion for summary judgment on July 5, 2007 (doc. nos. 45 & 46). Page limitations (Pretrial and Trial Procedures 6.2) may not be avoided by filing multiple motions.

Dated: August 14, 2007

                                              s/ Jane Trexler, Judicial Assistant