# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Civil Action No.: **06-cv-00324-WDM-KLM**          **FTR** - Reporter Deck - Courtroom A-501

Date: **August  31,  2007**          Courtroom Deputy,  Ellen E. Miller

_____

PRINCE LIONHEART, INC.,          Ryan A. Williams

**Plaintiff(s),**

v.

HALO INNOVATIONS, INC.,          Kirstin L.  Stoll-DeBell

**Defendant(s).**

_____

## COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:     MOTIONS  HEARING**

**Court in Session:**     9:00 a.m.

Court calls case.    Appearance of counsel.

Discussion is held regarding the Defendant's Motion to Seal.  In accordance with
D. C. COLO. L.CIV R 7.2, the motion was posted to the public to allow for any objections to the
sealing of the documents.  No timely objections were filed, therefore,

**It is ORDERED:**     Defendant's MOTION   TO   SEAL   [Docket No. **86,** Filed August 21,
2007] is   **GRANTED.**   The Clerk of the Court shall maintain **Exhibits A-4,
A-5, and A-6**  AND  the **confidential version** of Defendant's  Response
in Opposition to Plaintiff's Motion for Summary Judgment on Halo's
Counterclaims for False Designation of Origin, Common Law Trademark
Infringement, Colorado  Consumer Protection Act Violation and Common
Law Unfair Competition (Docket No. 87, Filed August 21, 2007) UNDER
SEAL.

Discussion is held regarding Defendant's Motion for Leave to Take a Preservation Deposition.

**It is ORDERED:**     Plaintiff shall have to and including **SEPTEMBER 05, 2007** within which to
file its response to Defendant's Motion for Leave to Take a Preservation
Deposition (Docket No. 91).   The Court will determine whether a reply is
necessary and, if so, will issue an appropriate order.

Defendant's   MOTION   FOR LEAVE TO TAKE A PRESERVATION DEPOSITION   [Docket No. **91,** Filed August 23, 2007] is **HELD   IN ABEYANCE** pending  further briefing.

It is noted that the Dispositive Motions Deadline is SEPTEMBER 07, 2007.
Defense counsel notes each side has filed Motions for Summary Judgment and neither side anticipates filing any further dispositive motions.

The Court raises Defendant's First Motion to Compel Production of Documents for argument.

Plaintiff's counsel tenders "letters" to the Court for *in camera* inspection.

**It is ORDERED:**     Defendant's   MOTION   TO   COMPEL   [Docket No.   **51,** Filed July 09, 2007] is   **TAKEN UNDER ADVISEMENT.**

Hearing Concluded.

**Court in Recess:**   9:21 a.m.
Total In-Court Time:   00:21