IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff,

v.

HALO INNOVATIONS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to exceed page limit is granted; defendant may file an additional 14-page motion for summary judgment on abandonment and priority.

Dated: October 9, 2007

                                                 s/ Jane Trexler, Judicial Assistant