IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff(s),

v.

HALO INNOVATIONS, INC.,

    Defendant(s).

_____

**ORDER**
_____

Two motions *in limine* are pending in this matter. However, trial has now been delayed for almost a year until June 22, 2009. Regrettably, the workload of this court is such that in the triage of decision-making a non-dispositive, trial related motion has low priority until trial or shortly before trial. Accordingly, the motions will be denied without prejudice to refiling if the matter is not otherwise resolved prior to trial. It is therefore ordered:

    1. The motions *in limine* (doc. nos. 129 & 148) are denied without prejudice to refiling no sooner than May 22, 2009.

    DATED at Denver, Colorado on July 24, 2008

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge