IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff,

v.

HALO INNOVATIONS, INC.,

    Defendant.

## ORDER ON MOTION TO WITHDRAW

Miller, J.

    This matter is before me on Plaintiff's attorney J. Scott Lasater's ("Lasater") May 22, 2009 Motion to Withdraw Ryan A. Williams ("Williams") as counsel in this matter (Docket No. 175) because Williams is no longer working at Lasater's law firm, Lasater & Martin, P.C.

    Defendant Halo Innovations, Inc. ("Defendant") initially opposed the motion (Docket No. 177), due to concerns that allowing the withdrawal of Williams would cause substantial prejudice to Defendant because it would likely have resulted in a continuance of the trial, initially scheduled to begin June 22, 2009.  However, Plaintiff also filed a Motion to Continue Trial (Docket No. 170), which I granted by Minute Order on May 29, 2009 (Docket No. 179).  The trial was reset for September 28, 2009, but at the request of counsel, that trial date too was continued and has been reset for November 30, 2009, with a backup trial date of February 22, 2010.  (*See* Docket No.

186.)

Accordingly, after considering the present circumstances of this case, I have determined that Plaintiff's Motion to Withdraw Williams as counsel should be granted. It is so ordered.

DATED at Denver, Colorado, on October 1, 2009.

BY THE COURT:

s/ Walker D. Miller
United States District Judge