IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff,

v.

HALO INNOVATIONS, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to vacate is granted; the November 30, 2009 trial date and November 18, 2009 trial preparation conference are vacated.  The back-up date of **February 22, 2010 at 8:30 a.m.** remains.  A trial preparation conference will be held **February 4, 2010, at 10:00 a.m.**

Dated:  October 22, 2009

                                            s/ Jane Trexler, Judicial Assistant