IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC., a California Corporation

    Plaintiff,

v.

HALO INNOVATIONS, INC., a Minnesota Corporation

    Defendant.

---

**HALO INNOVATION'S PROPOSED VERDICT FORM**

---

**FRAUD ON THE U.S. PATENT AND TRADEMARK OFFICE**

1.     Do you find that Prince Lionheart made a false statement of material fact to the U.S. Patent and Trademark Office?

        YES \_\_\_\_\_                      NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

2.     If you answered YES to the previous question, do you find that Prince Lionheart's false statement affected the U.S. Patent and Trademark Office's action on the "BACK TO SLEEP" trademark registration?

        YES \_\_\_\_\_                      NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

3.  If you answered YES to the previous question, do you find that Prince Lionheart's false statement was made with a deliberate attempt to mislead the U.S. Patent and Trademark Office?

    YES _____                                              NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

**PLEASE GO TO QUESTION NO. 4.**

## UNCLEAN HANDS

4.  Do you find that Prince Lionheart acted unfairly, inequitably or in bad faith in its acquisition or enforcement of its BACK TO SLEEP trademark?

    YES _____                                              NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

**PLEASE GO TO QUESTION NO. 5.**

## LACHES

5. Do you find that First Prince Lionheart's delay in bringing this lawsuit was unreasonable?

   YES _____                                              NO _____

   (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


6. Do you find that First Prince Lionheart's delay prejudiced Halo Innovations?

   YES _____                                              NO _____

   (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO BOTH QUESTION NOS. 5 AND 6 . . .**
   **PLEASE SKIP QUESTION NOS. 7-30 AND GO TO QUESTION NO. 31.**


**IF YOU ANSWERED "NO" TO ANY OF QUESTION NOS. 5 OR 6 . . .**
   **PLEASE GO TO QUESTION NO. 7.**

**TRADEMARK ABANDONMENT FOR "BACK TO SLEEP" TRADEMARK**

7. Do you find that Prince Lionheart did *not* make a bona fide use of the "BACK TO SLEEP" mark in the ordinary course of trade for a period of more than three years?

    YES _____                         NO _____

    (A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)


8. Do you find that Prince Lionheart did *not* intend to resume use of the "BACK TO SLEEP" mark for "infant positioners consisting of flexible belts attached to diaper covers with hook-and-loop fasteners"?

    YES _____                         NO _____

    (A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO BOTH QUESTION NOS. 7 AND 8 . . .
    PLEASE SKIP QUESTION NOS. 9-30 AND GO TO QUESTION NO. 31.**


**IF YOU ANSWERED "NO" TO ANY OF QUESTION NOS. 7 OR 8 . . .
    PLEASE GO TO QUESTION NO. 9.**

## **FAIR USE OF THE "BACK TO SLEEP" TRADEMARK**

9.  Do you find that Halo Innovations used BACK TO SLEEP *other* than as a trademark?

    YES \_\_\_\_\_                                        NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


10. Do you find that Halo Innovations used BACK TO SLEEP to describe how Halo Innovations wanted consumers to use its product?

    YES \_\_\_\_\_                                        NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


11. Do you think Halo Innovations used BACK TO SLEEP in good faith?

    YES \_\_\_\_\_                                        NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO ALL OF QUESTION NOS. 9-11 . . .**
     **PLEASE SKIP QUESTION NOS. 12-30 AND GO TO QUESTION NO. 31.**


**IF YOU ANSWERED "NO" TO ANY OF QUESTION NOS. 9-11 . . .**
     **PLEASE GO TO QUESTION NO. 12.**

## FIRST AMENDMENT/FAIR USE OF BACK TO SLEEP

12. Do you find that Halo Innovations did *not* intend to take advantage of goodwill arising from Prince Lionheart's use of BACK TO SLEEP?

    YES \_\_\_\_\_                                    NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

13. Do you find that Halo Innovations used BACK TO SLEEP to convey a non-commercial message or idea?

    YES \_\_\_\_\_                                    NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

14. Was the message or idea that Halo Innovations attempted to convey with Back to Sleep Logo related to an important social issue idea?

    YES \_\_\_\_\_                                    NO \_\_\_\_\_

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO ALL OF QUESTION NOS. 12-14 . . .
    PLEASE SKIP QUESTION NOS. 15-30 AND GO TO QUESTION NO. 31.**


**IF YOU ANSWERED "NO" TO ANY OF QUESTION NOS. 12-14 . . .
    PLEASE GO TO QUESTION NO. 15.**

**PRIOR USE OF THE "BACK TO SLEEP" TRADEMARK**

15. Do you find that BACK TO SLEEP has been used by First Candle/SIDS Alliance continuously since before Prince Lionheart began using the mark?

    YES _____                                          NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


16. Do you find that Halo Innovations chose to use BACK TO SLEEP without knowledge of Prince Lionheart's use of the mark?

    YES _____                                          NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


17. Do you find that Halo Innovations has used BACK TO SLEEP in the same way, with the same purpose as, and with encouragement from First Candle/SIDS Alliance?

    YES _____                                          NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


18. Do you find that First Candle/SIDS Alliance's prior use was in the same area as Halo Innovations' use accused of infringement?

    YES _____                                          NO _____

    (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO ALL OF QUESTION NOS. 15-18 . . .**
    **PLEASE SKIP QUESTION NOS. 19-30 AND GO TO QUESTION NO. 31.**


**IF YOU ANSWERED "NO" TO ANY OF QUESTION NOS. 15-18 . . .**
    **PLEASE GO TO QUESTION NO. 19.**

## **TRADEMARK INFRINGEMENT FOR "BACK TO SLEEP"**

19. Do you find that there has been any actual confusion between Prince Lionheart's BACK TO SLEEP mark for "infant positions consisting of flexible belts attached to diaper covers with hook-and-loop fasteners" and Halo Innovations' use of BACK TO SLEEP on wearable blankets?

    YES _____                                    NO _____

    (A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)


20. Do you find that there was a likelihood of confusion between Prince Lionheart's BACK TO SLEEP mark for "infant positions consisting of flexible belts attached to diaper covers with hook-and-loop fasteners" and Halo Innovations' use of BACK TO SLEEP on wearable blankets?

    YES _____                                    NO _____

    (A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)


**IF YOU ANSWERED "YES" TO QUESTION NO. 20 . . .**
   **PLEASE GO TO QUESTION NO. 21.**


**IF YOU ANSWERED "NO" TO QUESTION NO. 20 . . .**
   **PLEASE SKIP QUESTION NOS. 21-30 AND GO TO QUESTION NO. 31.**

**DAMAGES FOR "BACK TO SLEEP"**

21.     **IF YOU ANSWERED "NO" TO QUESTION NO. 19, GO TO QUESTION 23**.  If you answered "YES" to Question 19, do you find that Prince Lionheart has suffered actual damages as a result of Halo's use of BACK TO SLEEP?

        YES \_\_\_\_\_                                                                 NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)


22.     If you answered YES to the previous question, what is the amount of actual damages proven by Prince Lionheart?

        $ _____


23.     If you answered "YES" to Question No. 20, do you find that Halo Innovations chose BACK TO SLEEP with intent to cause confusion and/or gain benefit from the reputation or goodwill of Prince Lionheart?

        YES \_\_\_\_\_                                                                 NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)


**IF YOU ANSWERED "NO" TO QUESTION NO. 23 . . .
        PLEASE GO TO QUESTION NO. 26.**


24.     If you answered of "YES" to Question No. 23, do you find that Prince Lionheart is entitled to an award of Halo Innovations' profits?

        YES \_\_\_\_\_                                                                 NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)

25. If you answered YES to the previous question, what is the amount of Halo's profits to which Prince Lionheart is entitled?

$ _____

**PLEASE GO TO QUESTION NO. 26.**

**COLORADO CONSUMER PROTECTION ACT (Prince Lionheart's Claim)**

26. Do you find that Halo Innovations made a false or misleading statement with intent to mislead and deceive?

      YES \_\_\_\_\_          NO \_\_\_\_\_

 (A "YES" answer to this question is a finding for Prince Lionheart. A "NO" answer is a finding for Halo Innovations.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 26 . . .**
  **PLEASE GO TO QUESTION NO. 31.**

27. If you answered YES to the foregoing question, do you find that deceptive trade practice significantly impacted the Colorado consuming public as actual or potential consumers?

      YES \_\_\_\_\_          NO \_\_\_\_\_

 (A "YES" answer to this question is a finding for Prince Lionheart. A "NO" answer is a finding for Halo Innovations.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 27 . . .**
  **PLEASE GO TO QUESTION NO. 31.**

28. If you answered YES to the foregoing question, do you find that Prince Lionheart suffered injury in fact to a legally protected interest?

      YES \_\_\_\_\_          NO \_\_\_\_\_

 (A "YES" answer to this question is a finding for Prince Lionheart. A "NO" answer is a finding for Halo Innovations.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 28 . . .**
  **PLEASE GO TO QUESTION NO. 31.**

29. If you answered YES to the foregoing question, do you find that the deceptive trade practice caused Prince Lionheart's injury?

        YES \_\_\_\_\_          NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Prince Lionheart. A "NO" answer is a finding for Halo Innovations.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 29 . . .**
    **PLEASE GO TO QUESTION NO. 31.**

30. If you answered "YES" to Question Nos. 26-29, what is the amount of damages that Prince Lionheart has proven in Colorado?

    **$** _____

**PLEASE GO TO QUESTION NO. 31.**

**VALIDITY OF SLEEPSACK TRADEMARK**

31.	Do you find that Halo Innovations' SLEEPSACK mark is generic?

	YES _____					NO _____

	(A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)


**IF YOU ANSWERED "YES" TO QUESTION NO. 31 . . .
	PLEASE SKIP QUESTION NOS. 31-40 AND GO TO QUESTION NO. 41.**


32.	Do you find that Halo Innovations' SLEEPSACK mark is merely descriptive?

	YES _____					NO _____

	(A "YES" answer to this question is a finding for Prince Lionheart.  A "NO" answer is a finding for Halo Innovations.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 32 . . .
	PLEASE SKIP QUESTION NO. 33 AND GO TO QUESTION NO. 34.**


33.	If you answered YES to the previous question, do you find that Halo Innovations' SLEEPSACK mark has secondary meaning?

	YES _____					NO _____

	(A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "NO" TO QUESTION NO. 33 . . .
	PLEASE SKIP QUESTION NOS. 34-40 AND GO TO QUESTION NO. 41.**

**TRADEMARK INFRINGEMENT FOR SLEEPSACK**

34.     Do you find that there has been any actual confusion between Halo Innovations' SLEEPSACK mark and Prince Lionheart's use of "BACK TO SLEEP SACK" on wearable blankets?

        YES _____                                          NO _____

        (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


35.     Do you find that there was a likelihood of confusion between Halo Innovations' SLEEPSACK mark and Prince Lionheart's use of "BACK TO SLEEP SACK" on wearable blankets?

        YES _____                                          NO _____

        (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)


**IF YOU ANSWERED "YES" TO QUESTION NO. 35 . . .**
    **PLEASE GO TO QUESTION NO. 36.**

**IF YOU ANSWERED "NO" TO QUESTION NO. 35 . . .**
    **PLEASE SKIP QUESTION NOS. 36-40 AND GO TO QUESTION NO. 41.**

## INTENTIONAL INFRINGEMENT FOR SLEEPSACK

36.     Do you find that Prince Lionheart chose the BACK TO SLEEP SACK mark with intent to cause confusion and/or gain benefit from the reputation or goodwill of Halo?

      YES _____            NO _____

  (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

**PLEASE GO TO QUESTION NO. 37.**

## DAMAGES FOR SLEEPSACK

37.     **IF YOU ANSWERED "NO" TO QUESTION NO. 34, GO TO QUESTION NO. 39**. If you answered yes to Question No. 34, do you find that Prince Lionheart has suffered actual damages as a result of Prince Lionheart's use of "BACK TO SLEEP SACK" on wearable blankets?

      YES _____            NO _____

  (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

38.     If you answered YES to the previous question, what is the amount of actual damages?

  **$ _____**

39.     **IF YOU ANSWERED "NO" TO QUESTION NO. 36, PLEASE GO TO QUESTION NO. 41.**  If you answered of "YES" to Question No. 36, do you find that Halo is entitled to an award of Prince Lionheart's profits?

      YES _____            NO _____

  (A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

40. If you answered YES to the previous question, what is the amount of Prince Lionhearts's profits to which Halo is entitled?

$ _____

**PLEASE GO TO QUESTION NO. 41.**

**COLORADO CONSUMER PROTECTION ACT (Halo's Claim)**

41. Do you find that Prince Lionheart made a false or misleading statement with intent to mislead and deceive?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 41 . . .**
    **PLEASE GO TO QUESTION NO. 46.**

42. If you answered YES to the foregoing question, do you find that deceptive trade practice significantly impacted the Colorado consuming public as actual or potential consumers?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 42 . . .**
    **PLEASE GO TO QUESTION NO. 46.**

43. If you answered YES to the foregoing question, do you find that Halo suffered injury in fact to a legally protected interest?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 43 . . .**
    **PLEASE GO TO QUESTION NO. 46.**

44. If you answered YES to the foregoing question, do you find that the deceptive trade practice caused Halo's injury?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(A "YES" answer to this question is a finding for Halo Innovations. A "NO" answer is a finding for Prince Lionheart.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 44 . . .
   PLEASE GO TO QUESTION NO. 46.**

45. If you answered "YES" to Question Nos. 41-44, what is the amount of damages that Halo has proven in Colorado?

   $ _____

**FRADULENT PROCURMENT DAMAGES**

46.     Did Prince Lionheart procure registration of BACK TO SLEEP in the Patent and Trademark Office by false of fraudulent declaration or representation?

                YES _____                                      NO _____

(A "YES" answer to this question is a finding for Halo Innovations.  A "NO" answer is a finding for Prince Lionheart.)

**IF YOU ANSWERED "NO" TO QUESTION NO. 46 . . .**
      **PLEASE GO TO QUESTION NO. 48.**

47.     If you answered "YES" to the previous question, what is the amount of damages due?

        **$** _____

48.     **YOU ARE FINISHED.  PLEASE SIGN THE VERDICT FORM AND SUBMIT IT TO THE COURT.**

                                      MERCHANT & GOULD P.C.

                                      Attorneys for Defendant

                                    By:   *s/ Kirstin L. Stoll-DeBell*
                                           Kirstin L. Stoll-DeBell
                                           Jon R. Trembath
                                           MERCHANT & GOULD P.C.
                                           1050 17th Street, Suite 1950
                                           Denver, CO 80265-0100
                                           Telephone:  (303) 357-1670
                                           Facsimile:  (303) 357-1671
                                           e-mail:  kstoll@merchantgould.com
                                                          jtrembath@merchantgould.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 21, 2010, I filed the foregoing **HALO INNOVATION'S PROPOSED VERDICT FORM** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via e-mail:

Scott Lasater
LASOFFICE@aol.com


Dated:  January 21, 2010              By: *s/ Kirstin L. Stoll-DeBell*
                             Kirstin L. Stoll-DeBell