IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC., a California Corporation

    Plaintiff,

v.

HALO INNOVATIONS, INC., a Minnesota Corporation

    Defendant.

## JOINT PROPOSED VOIR DIRE

**QUESTIONS:**

1. How many of you have owned or started your own business? Tell me about the business. Was that a positive experience for you? What kind of business was it? Did it work out? Do you consider yourself an entrepreneur?

2. How many of you have heard of SIDS – Sudden Infant Death Syndrome? Does anyone, or anyone you know well, have any personal experience with SIDS?

3. Some people believe that a store buyer – the person who decides which products a store will carry – should be able to select whatever products they want to carry in their store. Other people believe that they should be required to carry competing products, as long as the quality is comparable, so that the consumer can decide which product they prefer. How many of you feel that way – that a store should be required to carry comparable products?

4. Please provide your educational background and the educational background of your spouse.

5. Does anyone have a background or training in medicine? Please explain.

6. How many of you have knowledge about trademarks and trademark law? [There won't be many – follow up with each]: What kind of knowledge do you have? How did you acquire that knowledge? Have you ever applied for a trademark? Have you ever challenged someone else's trademark?

7. How many of you have thought about filing a lawsuit in the past? Did you decide to follow through with it? Why or why not? What were the circumstances?

8. Have any of you been sued? Please briefly describe the nature of the suit.

9. Have any of you been involved in a lawsuit as part of your work or as a witness? Please briefly describe the nature of the suit and your involvement.

10. Have you every had anyone copy your idea? If so, how did you feel?

11. Have any of you experienced a significant loss in the last five years, such as, a death of a loved one, major illness, a divorce or loss of employment? If so, please describe.

12. Please provide you occupation history for last 10 years, including your current employment, and titles held.

13. Have you been unemployed or under employed in the last 10 years?

14. Where have you lived in the last 10 years?

15. Do you have children? What are their ages?

16. Has anyone ever heard of a product called the SleepSack™ wearable blanket? When did you first hear of it, and what do you understand it to be?

17. How many of you have heard of SIDS – Sudden Infant Death Syndrome? Does anyone, or anyone you know well, have any personal experience with SIDS?

18. How many of you have heard the term BACK TO SLEEP? What have you heard?

19. Have you donated or contributed more than $100 to a charity in the last year?

20. Are any of you familiar with Halo Innovations? If so, how?

21. Are any of you familiar with Prince Lionheart? If so, how?

22. Are any of you familiar with Bill Schmid? If so, how?

23. Are any of you familiar with Tom McConnell? If so, how?

24. Are any of you familiar with any of the attorneys in this case?

25. Are any of you familiar with SIDS Alliance or First Candle? If so, how?

| LASATER & MARTIN, P.C. | MERCHANT & GOULD P.C. |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendant |
| By: *s/ J. Scott Lasater* <br> LASATER & MARTIN, P.C. <br> J. Scott Lasater <br> 8822 S. Ridgeline Blvd., Suite 405 <br> Highlands Ranch, Colorado 80129 <br> Telephone: (303) 730-3900 <br> Facsimile: (303) 730-3939 <br> e-mail: ryan@lasaterandmartin.com | By: *s/ Kirstin L. Stoll-DeBell* <br> Kirstin L. Stoll-DeBell <br> Jon R. Trembath <br> MERCHANT & GOULD P.C. <br> 1050 17th Street, Suite 1950 <br> Denver, CO 80265-0100 <br> Telephone: (303) 357-1670 <br> Facsimile: (303) 357-1671 <br> e-mail: kstoll@merchantgould.com <br>         jtrembath@merchantgould.com |

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I filed the foregoing **JOINT PROPOSED VOIR DIRE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via e-mail:

Scott Lasater
LASOFFICE@aol.com


Dated:  January 22, 2010                                   By: *s/ Kirstin L. Stoll-DeBell*
                                                                                        Kirstin L. Stoll-DeBell

3