IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-00324-WDM-KLM

PRINCE LIONHEART, INC.,

    Plaintiff,

v.

HALO INNOVATIONS, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint and all counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on February 16, 2010

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge